

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-82,290-01

### EX PARTE JOON YEOL LIM, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 1304078-A IN THE 351ST DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam*. YEARY, J., filed a dissenting opinion.

## O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of online solicitation of a minor, TEX. PENAL CODE § 33.021(b), and sentenced to two years' imprisonment. He did not appeal his conviction.

In *Ex parte Lo*, we declared § 33.021(b) unconstitutional. *Ex parte Lo*, 424 S.W.3d 10 (Tex. Crim. App. 2013). Applicant now contends that, in light of *Lo*, his conviction is no longer valid.

We agree. *Ex parte Chance*, 439 S.W.3d 918 (Tex. Crim. App. 2014). Relief is granted.

The judgment in cause number 1304078 in the 351st District Court of Harris County is set aside, and this cause is remanded to the trial court to dismiss the information.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice-Correctional Institutions Division and Pardons and Paroles Division.

Delivered: January 27, 2016
Do not publish